UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re: Anthony Ford Hall, II

        Debtor,

_____/

Case No. 12-67641
Chapter 7
Hon. Thomas J. Tucker

John Elmer

        Plaintiff,

v.

Anthony Ford Hall, II

        Defendant.

_____/

A.P. Case No.13-04362

## CERTIFICATE OF SERVICE

     Patricia Montgomery, on April 8, 2013, served a copy of **Summons, Complaint to Determine Dischargeability, and Certificate of Service,** in the above-captioned case upon the following parties by depositing said copies the U.S. Mail and/or Certified Mail on April 8, 2013 postage prepaid, properly addressed as follows:

**Timothy J. Miller**
**Chapter 7 Trustee**
**64541 Van Dyke**
**Suite 101-B**
**Washington, Mi 48095**
(regular mail)

**Anthony Ford Hall II**
**799 Browning, Apt. #1**
**Ypsilanti, Mi 48198**
(regular and certified mail)

**John Robert Keyes**
**Attorney for Debtor**
**300 North Huron Street**
**Ypsilanti, Mi 48197**
(regular and certified mail)

                                        /s/Patricia Montgomery
                                        Office Manager
                                        Babut Law Offices, PLLC

700 Towner  
Ypsilanti, Mi 48198  
(734) 485-7000  
pmontgomery@babutlaw.com

Dated: April 8, 2013